

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| GRANBURY MARINA HOTEL, L.P., D/B/A HILTON GARDEN INN, GRANBURY, | § | |
| | § | No. 08-13-00246-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law |
| BERKEL AND COMPANY CONTRACTORS, INC., | § | of Hood County, Texas |
| Appellee. | § | (TC# C06011) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause for further proceeding, in accordance with this Court's opinion. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF AUGUST, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, J., and Larsen, Senior Judge
Larsen, Senior Judge (Sitting by Assignment)